**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JOSHUA JOHNSON,
    Plaintiff,

v.                              CASE NO.: 2:23-cv-01063-JHR-KRS

PARKS-FLOYD INVESTMENTS,
LLC d/b/a VILLAGE LODGE
    Defendants.

## ANSWER

Defendant, by its counsel, Law Offices of Paul M. Gayle-Smith, files this answer to the complaint filed in the above captioned case and states as follows:

1. Answering Paragraph 1 of the Complaint, the paragraph contains no substantive factual allegations against Defendant to which a response is necessary and calls for speculation by Defendant. To the extent a response is deemed necessary, Defendant lacks sufficient information to admit or deny the allegations.

2. Answering Paragraph 2 of the Complaint, Defendant admits the allegation that Plaintiff performed maintenance services for Defendant in Lincoln County, New Mexico.

3. Answering Paragraph 3 of the Complaint, Defendant admits the allegation that Defendant is a domestic profit corporation. Defendant lacks sufficient information to admit or deny the remaining allegations in the paragraph.

4. Answering Paragraph 4 of the Complaint, Defendant admits that jurisdiction is proper in this court because the case has been brought pursuant to the Fair Labor Standards Act. Defendant denies the implied facts that Plaintiff is entitled to relief under that statute.

5. Answering Paragraph 5 of the Complaint, Defendant admits that venue is proper in this court.

6. Answering Paragraph 6 of the Complaint, Defendant admits that it employs a few workers but denies that it ever employed Plaintiff. Otherwise, Defendant denies the remainder of the allegations in the paragraph because they call for a legal conclusion.

7. Answering Paragraph 7 of the Complaint, Defendant denies that it employed Plaintiff at any time.

8. Answering Paragraph 8 of the Complaint, Defendant denies that it employed Plaintiff at any time.

9. Answering Paragraph 9 of the Complaint, Defendant denies the allegations in the paragraph.

10. Answering Paragraph 10 of the Complaint, Defendant denies the allegations in the paragraph because they call for legal conclusions.

11. Answering Paragraph 11 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

12. Answering Paragraph 12 of the Complaint, Defendant denies the allegations in the paragraph because they call for a legal conclusion.

13. Answering Paragraph 13 of the Complaint, Defendant denies the allegations in the paragraph because they call for a legal conclusion

14. Answering Paragraph 14 of the Complaint, Defendant denies the allegations in the paragraph.

## **FACTUAL ALLEGATIONS**

15. Answering Paragraph 15 of the Complaint, Defendant denies the allegations in the paragraph.

16. Answering Paragraph 16 of the Complaint, Defendant denies the factual allegations in the paragraph and demands proof thereof. Otherwise, paragraph 16 calls for a legal conclusion.

17. Answering Paragraph 17 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof. Otherwise, paragraph 17 calls for legal conclusions.

18. Answering Paragraph 18 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

19. Answering Paragraph 19 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

20. Answering Paragraph 20 of the Complaint, Defendant admits that Plaintiff is a resident on its property. Defendant denies the remaining allegations in paragraph 20 and demands proof thereof.

21. Answering Paragraph 21 of the Complaint, Defendant has insufficient knowledge regarding where the Plaintiff worked. Defendant denies the remaining allegations in the paragraph and demands proof thereof.

22. Answering Paragraph 22 of the Complaint, Defendant admits the allegations in the paragraph.

23. Answering Paragraph 23 of the Complaint, Defendant admits the allegations in the paragraph.

24. Answering Paragraph 24 of the Complaint, Defendant admits the allegations in the paragraph.

25. Answering Paragraph 25 of the Complaint, Defendant admits the allegations in the paragraph.

26. Answering Paragraph 26 of the Complaint, Defendant admits the allegations in the paragraph.

27. Answering Paragraph 27 of the Complaint, Defendant denies the allegations in the paragraph because they are unclear.

28. Answering Paragraph 28 of the Complaint, Defendant denies the allegations in the paragraph.

29. Answering Paragraph 29 of the Complaint, Defendant denies the allegations in the paragraph because they are unclear.

30. Answering Paragraph 30 of the Complaint, Defendant denies the allegations in the paragraph because they are unclear.

31. Answering Paragraph 31 of the Complaint, Defendant denies the allegations in the paragraph.

32. Answering Paragraph 32 of the Complaint, Defendant denies the allegations in the paragraph.

33. Answering Paragraph 33 of the Complaint, Defendant denies the allegations in the paragraph.

34. Answering Paragraph 34 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

35. Answering Paragraph 35 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

36. Answering Paragraph 36 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

37. Answering Paragraph 37 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

15* Answering Paragraph 15* of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

16* Answering Paragraph 16* of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

17* Answering Paragraph 17* of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

38. Answering Paragraph 38 of the Complaint, the paragraph lacks substantive factual allegations regarding Plaintiff's claims that require a response from Defendant.

18* Answering Paragraph 18* of the Complaint, Defendant admits the allegations in the paragraph.

19* Answering Paragraph 19* of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof. Otherwise, the paragraph calls for a legal conclusion.

20* Answering Paragraph 20* of the Complaint, Defendant denies the allegations and demands proof thereof.

21* Answering Paragraph 21* of the Complaint, Defendant denies the allegations and demands proof thereof.

22* Answering Paragraph 22* of the Complaint, Defendant denies the allegations and demands proof thereof.

23* Answering Paragraph 23* of the Complaint, Defendant denies the allegations and demands proof thereof.

39. Answering Paragraph 39 of the Complaint, Defendant denies the allegations and demands proof thereof.

40. Answering Paragraph 40 of the Complaint, Defendant denies the allegations and demands proof thereof. Defendant denies that Plaintiff was ever an employee of Defendant.

41. Answering Paragraph 41(a)(b)(c) of the Complaint, Defendant denies the allegations and demands proof thereof.

42. Answering Paragraph 42 of the Complaint, Defendant denies the allegations and demands proof thereof.

43. Answering Paragraph 43 of the Complaint, Defendant denies the allegations and demands proof thereof.

44. Answering Paragraph 44 of the Complaint, Defendant denies the allegations and demands proof thereof.

45. Answering Paragraph 45 of the Complaint, Defendant denies the allegations and demands proof thereof.

46. Answering Paragraph 46 of the Complaint, Defendant admits that it did not consult with the U.S. Department of Labor about Plaintiff but denies the remaining allegations and demands proof thereof.

47. Answering Paragraph 47 of the Complaint, Defendant admits that it did not consult with an accountant about Plaintiff but denies the remaining allegations and demands proof thereof.

48. Answering Paragraph 48 of the Complaint, the paragraph calls for legal conclusions and Defendant denies the allegations in the paragraph and demands proof thereof.

49. Answering Paragraph 49 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

<u>**COUNT I**</u>
<u>**29 USC Sec. 207**</u>
<u>**OVERTIME COMPENSATION**</u>

50. Answering Paragraph 50 of the Complaint, the paragraph contains no substantive allegations against Defendant to which he must respond.

51. Answering Paragraph 51 of the Complaint, the paragraph calls for legal conclusions. Otherwise, Defendant denies the allegations in the paragraph and demands proof thereof.

52. Answering Paragraph 52 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

53. Answering Paragraph 53 of the Complaint, the paragraph calls for legal conclusions. Otherwise, Defendant denies the allegations in the paragraph and demands proof thereof.

54. Answering Paragraph 54 of the Complaint, the paragraph calls for legal conclusions. Otherwise, Defendant denies the allegations in the paragraph and demands proof thereof.

55. Answering Paragraph 55 of the Complaint, the paragraph calls for legal conclusions. Otherwise, Defendant denies the allegations in the paragraph and demands proof thereof.

**COUNT II**
**29 USC Sec 215(a)(3)**
**RETALIATION**

56. Answering Paragraph 56 of the Complaint, the paragraph contains no substantive allegations against Defendant to which he must respond.

57. Answering Paragraph 57 of the Complaint, Defendant admits that Plaintiff asked to be hired as an employee, but he refused to accept the stated terms of employment. Defendant otherwise denies the remaining allegations in the paragraph.

58. Answering Paragraph 58 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

59. Answering Paragraph 59 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

60. Answering Paragraph 60 of the Complaint, Defendant denies the allegations in the paragraph and demands proof thereof.

61. Answering Paragraph 61 of the Complaint, Defendant denies the factual allegations in the paragraph and demands proof thereof. Otherwise, the paragraph calls for legal conclusions.

62. Answering Paragraph 62 of the Complaint, the paragraph contains no substantive allegations against Defendant to which he must respond. Otherwise, Defendant denies the factual implication that it retaliated against Plaintiff.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

63. Plaintiff's complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

64. This court lacks jurisdiction over this case and the Defendant because Defendant is not covered by the Fair Labor Standards Act since its annual gross receipts are less than $500, 000.

## THIRD AFFIRMATIVE DEFENSE

65. Plaintiff was an independent contractor when he performed work for Defendant not an employee. He is self-employed and claims to run several different businesses.

## FOURTH AFFIRMATIVE DEFENSE

66. Plaintiff is not entitled to liquidated damages because Defendant always acted in good faith and attempted to fully comply with all applicable wage and hour laws.

## FIFTH AFFIRMATIVE DEFENSE

67. Defendant is a local New Mexico business that does not produce goods or services for interstate commerce.

## SIXTH AFFIRMATIVE DEFENSE

68. Plaintiff did not work the hours or schedule claimed, performed substandard and/or unauthorized work and became increasingly unreliable. He also revealed that he was not licensed to perform some of the tasks he sought.

## SEVENTH AFFIRMATIVE DEFENSE

69. Defendant properly compensated Plaintiff for the time he worked as soon in his 1099 IRS forms.

## EIGHTH AFFIRMATIVE DEFENSE

70. Defendant could not terminate Plaintiff's employment because Defendant never employed Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

71. Defendant stopped selecting Plaintiff for tasks because of legitimate non-retaliatory work-related reasons.

## TENTH AFFIRMATIVE DEFENSE

72. Defendant offered to hire Plaintiff as an employee in 2022, but Plaintiff declined.

## ELEVENTH AFFIRMATIVE DEFENSE

73. Plaintiff has not acted in good faith in making his allegations in this matter and appears to have become increasingly delusional overtime.

## <u>CONCLUSION</u>

**WHEREFORE** having fully answered the Complaint, Defendant requests that Plaintiff take nothing by said Complaint and that the same be dismissed with prejudice with an award of costs and attorney's fees to the Defendant and such other and further relief as the Court deems proper.

12

**RESPECTFULLY SUBMITTED** on this 3rd day of January 2024.

Respectfully submitted,

_____

PAUL M. GAYLE-SMITH

Law Offices of Paul M. Gayle-Smith
2961 Sundance Circle
Las Cruces, NM 88011-4609
t. 575.522.8300
elawyer@gayle-smith.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

**JOSHUA JOHNSON,**
     **Plaintiff,**

**v.**                                    **CASE NO.: 2:23-cv-01063-JHR-KRS**

**PARKS-FLOYD INVESTMENTS,**
**LLC d/b/a VILLAGE LODGE,**
     **Defendants.**

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing answer today via the court's electronic filing system resulting in simultaneous service of the foregoing on all counsel of record.

_____
          PAUL M. GAYLE-SMITH

Law Offices of Paul M. Gayle-Smith
2961 Sundance Circle
Las Cruces, NM 88011-4609
t. 575.522.8300
elawyer@gayle-smith.com

Attorney for Defendant