IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA JOHNSON,

      Plaintiff,

v.                                    No. 2:23-cv-1063 KWR/KRS

PARKS FLOYD INVESTMENTS, LLC,
d/b/a Village Lodge,

      Defendant.

## ORDER

**THIS MATTER** comes before the Court on the Joint Motion to Vacate Scheduling Order (Doc. 15). Finding good cause for the Joint Motion, the Court **VACATES** the telephonic status conference set for December 11, 2024, and **EXTENDS** the case management deadlines as follows:

    (a)    Termination of discovery:  **March 18, 2025**;

    (b)    Motions relating to discovery:  **April 7, 2025**;

    (c)    Dispositive/*Daubert* motions:  **April 17, 2024**.

The Court will set a new status conference to discuss whether the parties wish to set a settlement conference after the close of discovery. Should the parties wish to set a settlement conference at any time prior to the close of discovery, they should file a motion or contact the Court.

IT IS SO ORDERED this 13th day of November, 2024.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE